IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WEHNER,

    Petitioner,                   No. CIV S-08-2709 MCE DAD P

    vs.

MIKE KNOWLES,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner at the California Medical Facility and proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Governor's reversal of the decision by the Board of Prison Hearings to grant petitioner parole. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall

/////

1

be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

       2. If the response to petitioner's application is a motion, the motion shall be noticed and briefed in accordance with Local Rule 78-230(b), (c) and (d);

       3. If the response to petitioner's application is an answer, petitioner's reply to the answer shall be filed and served within thirty days after the answer is served; any motion for an evidentiary hearing shall be filed and served by petitioner concurrently with his reply to the answer;

       4. All motions shall be noticed for hearing before the undersigned on a regularly scheduled law and motion calendar.  Parties may appear at the hearing telephonically; to arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than three days prior to the hearing; and

       5. The Clerk of the Court shall serve a copy of this order, a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket No. 1), and the court's form regarding consent or request for reassignment on Jennifer A. Neill, Supervising Deputy Attorney General.

DATED: November 24, 2008.

                                                  /s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
wehn2709.100fee