IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL WEHNER,** | 2:08-cv-02709 MCE DAD |
| Petitioner, | **ORDER GRANTING RESPONDENT'S NUC PRO TUNC REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

The Court has considered Respondent's first request for a thirteen-day extension of time to file a response to the Petition for Writ of Habeas Corpus filed by Daniel Wehner. Good cause appearing, the request is GRANTED.

IT IS HEREBY ORDERED that Respondent shall file a response by February 5, 2009.

DATED: February 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
weh2709.eot14