IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL WEHNER,

    Petitioner,                 No. CIV S-08-2709 MCE DAD P

    vs.

MIKE KNOWLES,

    Respondent.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the Governor's reversal of the April 19, 2006 decision by the Board of Parole Hearings finding petitioner suitable for parole. On November 24, 2008, the court ordered respondent to file a response to the petition. On February 5, 2009, respondent filed a motion to dismiss the pending petition as untimely. On March 13, 2009, petitioner filed a statement of non-opposition to the motion to dismiss.

        In light of petitioner's non-opposition to the motion, the court will vacate the hearing on March 20, 2009, and this action will be dismissed with prejudice.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set on March 20, 2009 before the undersigned, is vacated;

2. Respondent's February 5, 2009 motion to dismiss (Doc. No. 15) the petition as untimely is granted; and

3. This action is dismissed with prejudice. Fed. R. Civ. P. 41(a); <u>see</u> <u>also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
weh2709.159